UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GEORGE HUBER                                                                    PLAINTIFF(S)

VS                                                                    CIVIL ACTION NO. 3:09CV-886-H

CMH of KY, INC.                                                                 DEFENDANT(S)


AGREED
LITIGATION PLAN AND DISCOVERY SCHEDULE OUTLINE

The parties have conferred and agree as follows:

**BRIEFLY DESCRIBE CLAIMS:** Age Discrimination in Employment; FMLA Retaliation; Tort of Outrage; Negligent Supervision.
_____
_____
_____
_____

**THE PARTIES BELIEVE THAT A SCHEDULING CONFERENCE WOULD BE HELPFUL NOW IN THIS CASE:**   Yes_____   No [✓]
    IF YES, for what reason for the conference:_____
_____

**PRE-DISCOVERY DISCLOSURES**(Fed.R.Civ.P.26(a)(l)by: December 16, 2009
 This disclosure includes any document or item which may be an exhibit at trial, except those which are created for use at trial.

**PRELIMINARY DISCOVERY** on the issues of  N/A _____

_____shall be completed by: _____


**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:** Defendant's responses to Plaintiff's pending interrogatories, requests for admissions, and requests for production of documents, due January 8, 2010.

**IDENTIFY EXPERTS AND COMPLIANCE** with Fed.R.Civ.P. 26(a)(2):

from Plaintiff(s) by: February 15, 2010

from Defendant(s) by: March 15, 2010

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS** shall be due by: February 15, 2010

**OTHER MISCELLANEOUS MATTERS:** (any further additions)

**ALL DISCOVERY** shall be completed by: May 1, 2010

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(E) WITHIN A REASONABLE TIME BUT NO LATER THAN:** _____

**DISPOSITIVE MOTIONS** shall be filed by: June 1, 2010

**THE PARTIES WOULD LIKE A SETTLEMENT CONFERENCE:** Month/Year March 2010

**PRE-TRIAL CONFERENCE:** Month/Year September 2010

The parties categorized this case as:

　　Complex _____ (Ready for trial within 2 years)

　　Simple ___✓___ (Ready for trial in less than one year)

　　Other _____ (Explain)_____

**THIS CASE SHOULD BE READY FOR TRIAL** by: October 2010

**THE PARTIES WOULD LIKE FOR THE COURT TO SET A TRIAL DATE NOW:**

Yes ✓    No _____

**ANTICIPATED LENGTH OF TRIAL** _____ 5 _(days)

**JURY TRIAL REQUEST:** Yes ✓    No _____

AGREED TO BY:

| s/ Clay M. Stevens (with permission) | s/ George J. Miller |
|---|---|
| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
| | |
| Counsel for Plaintiff(s) | Counsel for Defendant(s) |

Date: 12/7/09